UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIKE KREIDLER,

    Plaintiff,

    v.

DANNY L. PIXLER, *et al.*,

    Defendants.

Case No. C06-0697RSL

ORDER VACATING ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte*. On November 27, 2006, defendants filed a supplemental memorandum that, taken as a whole, exceeded 50 pages in length. (Dkt. #47). On December 1, 2006, the Court issued an order to show cause why they should not be sanctioned for failing to provide a chambers' copy as required by the Court's Local Rules and prior instructions. The order to show cause (Dkt. #48) is now vacated in light of the receipt of the courtesy copy and defense counsel's response.

    DATED this 5th day of December, 2006.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER
TO SHOW CAUSE