# EXHIBIT B

## Cohen, Donald

| | |
|---|---|
| **From:** | Robin Tabler [rtabler@lcgandm.com] |
| **Sent:** | Monday, March 26, 2007 11:03 AM |
| **To:** | vvreeland@gth-law.com; dcohen@gth-law.com |
| **Cc:** | Cox, Donald; Hemminger, David; Hamilton, Carol; Faith, Jennifer |
| **Subject:** | Mike Kreidler et al. v. Danny Pixler et al. - U.S. District Court W.D. of Washington, Case No. CV06-0697 |

Mrs. Vreeland and Mr. Cohen:

Per the instruction of Don Cox, please find attached correspondence of today's date, as well as a Notice to Take Video Deposition of Fed. R. Civ. Proc. 30(B)(6) Designee, and a Notice of Video Depositions for the above-captioned matter.

Thank you for your attention to this matter.


Robin Tabler, Legal Assistant
LYNCH, COX, GILMAN & MAHAN, P.S.C.
500 West Jefferson Street, Suite 2100
Louisville, Kentucky 40202
(502) 589-4215 - telephone
(502) 589-4994 - facsimile


CONFIDENTIALITY NOTICE:
- LYNCH, COX, GILMAN & MAHAN, P.S.C. E-MAIL - This transmission may be: (1) subject to the attorney-client privilege; (2) an attorney work product; or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

# LYNCH, COX, GILMAN & MAHAN P.S.C.

500 WEST JEFFERSON STREET, SUITE 2100
LOUISVILLE, KENTUCKY 40202
(502) 589-4215
Fax (502) 589-4994
E-Mail doncox@lcgandm.com

DONALD L. COX

INDIANA OFFICE:
521 E. 7TH STREET
JEFFERSONVILLE, INDIANA 47130
TELEPHONE
(812) 283-7838

March 26, 2007

Victoria L. Vreeland
Donald S. Cohen
Gordon, Thomas, Honeywell, Malanca,
Peterson & Daheim LLP
600 University Street
Suite 2100
Seattle, Washington 98101-4185

Re: **Kreidler v. Pixler, et al.**

Dear Ms. Vreeland and Mr. Cohen:

I have your letter of March 20, 2007.

We will be pleased to provide the documents identified in our initial disclosures as soon as you provide the ones we have asked for. We do not agree to the 45 day extension requested in your letter.

We agree that documents should be provided within 30 days of any Rule 34 request and are prepared to do so. We expect you to do the same. With respect to initial principal depositions, we agree that they should not occur until documents are produced. We sent out documents request on March 14, 2007. We expect to be able to take your principals shortly after the 30 day period expires. Please provide us with dates for the enclosed.

LYNCH, COX, GILMAN & MAHAN P.S.C.

Victoria Vreeland
Donald Cohen
March 26, 2007
Page Two

We are fully prepared to produce documents and witnesses on an expedited time schedule. But we are not willing to agree to a procedure which delays the normal time specified in the rules.

I am available to discuss this matter with you further at (502) 589-4215.

Very truly yours,

Donald L. Cox

DLC:jf
cc:    Anthony Huff
106190

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIKE KREIDLER, Insurance Commissioner for the State of Washington and as Receiver for Cascade National Insurance Company in Liquidation<br><br>            PLAINTIFF,<br><br>v.<br><br>DANNY L. PIXLER, individually; ANTHONY HUFF, individually; AMERICAN STAFF RESOURCES OF CALIFORNIA, INC., a Delaware Corporation; CERTIFIED SERVICES, INC., a Nevada Corporation; and MIDWEST MERGER MANAGEMENT, LLC, a Kentucky Limited Liability Company<br><br>            DEFENDANTS | Case No.: CV06-0697 |

NOTICE TO TAKE VIDEO DEPOSITION OF
FED. R. CIV. PROC. 30(B)(6) DESIGNEE

***** ***** *****

Please take notice that the undersigned will, pursuant to Federal Rule of Civil Procedure 30(b)(6) take the deposition of the **designee of Plaintiff** regarding the matters set forth below beginning at or around 9:00 a.m., on April ___, 2007, in the offices of Paul E. Fogarty, BURKETT, BURDETTE & FOGARTY, PLLC, 600 Stewart Street, Suite 1500, Seattle, Washington 89101-1246. The deposition will be taken upon oral examination before an officer authorized by law to administer oath. The deposition will be recorded stenographically and will be videotaped. The examination will continue from day to day until completed. Deponent(s) will

1

testify concerning the following:

1. All of the allegations against the Defendants stated in the Plaintiff's Amended Complaint, including, but not limited to, the amount and type of Plaintiff's alleged damages and the Defendants' alleged role in causing and/or contributing to those damages.

2. Any and all investigations of Harold L. Anderson and/or Cascade National Insurance Company and/or Legend Holdings, Inc. or of any of the Defendants, conducted by the Office of the Washington Insurance Commissioner at any time, including, but not limited to, the facts and circumstances leading to the investigation(s), the name(s) of the person(s) who conducted each such investigation, and the results of each such investigation.

3. The capital surplus position and the general financial condition of Cascade National Insurance Company from 2000 to the present.

4. Any and all contacts, whether in-person, by telephone, by correspondence, and/or by e-mail, by and between any representatives and/or employees of the Office of the Washington Insurance Commissioner and Harold L. Anderson, and/or representatives and/or employees of Cascade National Insurance Company, and/or employees or representatives of Legend Holdings, Inc. from 2000 to the present.

5. Any and all contacts, whether in-person, by telephone, by correspondence and/or by e-mail, between employees and/or representatives of the Office of the Washington Insurance Commissioner, and any of the Defendants from December 2000 to present.

6. Any and all oversight of Cascade National Insurance Company and/or Legend Holdings, Inc. undertaken by the Office of the Washington Insurance Commissioner from 2000 to the present.

7. Any and all information relating to the actions of Gudeman & Weiss, LLC .

8. Any and all information relating to the actions of Defendant Anthony Huff.

9. Any and all information relating to the actions of Defendant Sheri Huff.

10. Any and all information relating to the actions of Defendant Midwest Merger Management, LLC.

11. Any and all information relating to the actions of Defendant Danny Pixler.

12. Any and all information relating to the actions of Defendant American Staff Resources of California, Inc.

13. Any and all information relating to the actions of Defendant Certified Services, Inc.

The deponent is to produce at the deposition copies of any and all documents concerning or relating to the above stated matters.

## DEFINITIONS AND INSTRUCTIONS

A.  As used herein, the term "document" means anything on or in which any information is fixed and can be perceived, reproduced or otherwise communicated, with or without the aid of any machine or device, and regardless of the medium of expression in which the information is fixed (e.g., print, video, computer, electronic, audio or other medium of expression), including, but not limited to: emails, contracts, agreements, papers, photographs, tape recordings, transcripts, checks, checkbooks, check stubs, check statements, bank statements, deposit slips, journals, general and subsidiary ledgers, other types of ledgers, worksheets, accounts, bills, promissory notes, invoices, punch cards, purchase orders, acknowledgments, authorizations, sales slips, receipts, shipping papers, letters or other forms of correspondence, facsimile communications, telex, TWX and other teletype communications, computer printouts, any other printout sheets, movie film, slides, microfilm, memoranda, reports, studies, summaries, minutes, minute books, circulars, notes (whether typewritten, handwritten or otherwise), agenda, bulletins, notices, announcements, proofs, sheets,

instructions, charts, tables, manuals, brochures, magazines, pamphlets, lists, visitor's logs, schedules, price lists, telegrams, engineering and/or architectural drawings, sketches, plans, blueprints, specifications, diagrams, drafts, books and records, formal records, desk calendars, notebooks, diaries, registers, appointment books, budgets, analyses, projections, minutes of meetings, conferences or discussions of any kind, tax returns, and other data compilations from which information can be obtained or translated, if necessary. The term "document" includes any copy or copies of any of the foregoing on which any mark, alteration or additional writing or other change from the original, or from any other copy, has been made; and it includes any and all documents in the possession of Defendants, its agents, servants, employees, representatives, attorneys or any other person acting on its behalf, individually or collectively.

_____
Donald L. Cox
David W. Hemminger
LYNCH, COX, GILMAN & MAHAN, P.S.C.
500 West Jefferson Street, Suite 2100
Louisville, Kentucky 40202
(502) 589-4215 - telephone
(502) 589-4994 - facsimile

Paul E. Fogarty (WSBA # 26929)
BURKETT, BURDETTE & FOGARTY, PLLC
600 Stewart Street, Suite 1500
Seattle, Washington 89101-1246
(206) 441-5597 - telephone
*Counsel for Defendants, Danny L. Pixler,
Anthony Huff, American Staff Resources of California,
Inc., Certified Services, Inc., and Midwest Merger
Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on March 2͟3͟, 2007, a copy of the foregoing was sent via U.S. Mail and/or facsimile transmission to Victoria L. Vreeland, Esq., Donald S. Cohen, Esq., GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM, LLP, One Union Square, 600 University, Suite 2100, Seattle, Washington 98101.

_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIKE KREIDLER, Insurance Commissioner for the State of Washington and as Receiver for Cascade National Insurance Company in Liquidation<br><br>PLAINTIFF,<br><br>v.<br><br>DANNY L. PIXLER, individually; ANTHONY HUFF, individually; AMERICAN STAFF RESOURCES OF CALIFORNIA, INC., a Delaware Corporation; CERTIFIED SERVICES, INC., a Nevada Corporation; and MIDWEST MERGER MANAGEMENT, LLC, a Kentucky Limited Liability Company<br><br>DEFENDANTS | Case No.: CV06-0697 |

### NOTICE TO TAKE VIDEO DEPOSITIONS

Please take notice that the undersigned will, beginning at or around 9:00 a.m., on April __, 2007, at the offices of Paul E. Fogarty, BURKETT, BURDETTE & FOGARTY, PLLC, 600 Stewart Street, Suite 1500, Seattle, Washington 89101-1246, take the video depositions of the following persons: (1) **Harold L. Anderson**; (2) **John Ference**; (3) **Marshal McGinnis**; (4) **James Odiorne**; (5) **James E. Tompkins**; (6) **Lai Morrell**; and (7) **Mike Kreidler**. Said deposition of each deponent will commence upon the completion of each previous examination. The depositions will be taken upon oral examination before an officer authorized by law to administer oath. The deposition will be recorded stenographically and will be videotaped. The examination will continue from day to day until completed, and shall be used for any and all purposes permitted within the Federal Rules of Civil Procedure.

1

Donald L. Cox
David W. Hemminger
LYNCH, COX, GILMAN & MAHAN, P.S.C.
500 West Jefferson Street, Suite 2100
Louisville, Kentucky 40202
(502) 589-4215 - telephone
(502) 589-4994 - facsimile

Paul E. Fogarty (WSBA # 26929)
BURKETT, BURDETTE & FOGARTY, PLLC
600 Stewart Street, Suite 1500
Seattle, Washington 89101-1246
(206) 441-5597 - telephone
*Counsel for Defendants, Danny L. Pixler,
Anthony Huff, American Staff Resources of California,
Inc., Certified Services, Inc., and Midwest Merger
Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on March 26, 2007, a copy of the foregoing was sent via U.S. Mail and/or facsimile transmission to Victoria L. Vreeland, Esq., Donald S. Cohen, Esq., GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM, LLP, One Union Square, 600 University, Suite 2100, Seattle, Washington 98101.

_____

2