EXHIBIT C

1

2

3

4

5

6

7          UNITED STATES DISTRICT COURT
8         WESTERN DISTRICT OF WASHINGTON
                    AT SEATTLE
9

10  MIKE KREIDLER, Insurance          NO.  CV06-697RSL
    Commissioner for the State of
11  Washington and as Receiver for    NOTICE OF DEPOSITION OF
    Cascade National Insurance Company HAROLD ANDERSON
12  in Liquidation,

13            Plaintiff,

14    v.

15
    DANNY L. PIXLER, individually;
16  ANTHONY HUFF and SHERI HUFF,
    individually and their marital community;
17  AMERICAN STAFF RESOURCES OF
    CALIFORNIA, INC., a Delaware
18  corporation; CERTIFIED SERVICES,
    INC., a Nevada Corporation; MIDWEST
19  MERGER MANAGEMENT, LLC, a
    Kentucky Limited Liability Company,
20

21          Defendants.

22      TO: VICTORIA L. VREELAND AND DONALD S. COHEN, ATTORNEYS FOR
23      MIKE KREIDLER

24      PLEASE TAKE NOTICE that the Defendants will take the deposition of **Harold**

25  **Anderson** as follows:

26

NOTICE OF DEPOSITION- 1

BURKETT. BURDETTE
& FOGARTY PLLC
Law Offices
600 Stewart Street, Suite 1500
Seattle, Washington 98101-1246
(206) 441-5597

Date: Friday, August 3, 2007
Time: 9:00 a.m.
Place: GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM, LLP, One Union Square, 600 University Suite 2100, Seattle, Washington 98101.

The examination of the witness will be stenographically recorded before a Notary Public and will be subject to continuance or adjournment from time to time or place to place until completed.

DATED this 26th day of June, 2007.

BURKETT, BURDETTE & FOGARTY PLLC

_Paul C Fogarty_

Paul E. Fogarty, WSBA No. 26929
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Notice of Deposition*, dated June 26, 2007, was served upon:

Victoria L. Vreeland
Donald S. Cohen
GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM, LLP
One Union Square
600 University, Suite 2100
Seattle, Washington 98101-4185

[ X ]  by causing a copy thereof to be hand delivered on the date shown below addressed as shown above.

DATED this 26th day of June, 2007.

_Kiyomi Mathews_

Kiyomi Mathews

NOTICE OF DEPOSITION- 2

BURKETT, BURDETTE
& FOGARTY PLLC
*Law Offices*
600 Stewart Street, Suite 1500
Seattle, Washington 98101-1246
(206) 441-5597



1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIKE KREIDLER, Insurance Commissioner for the State of Washington and as Receiver for Cascade National Insurance Company in Liquidation,<br><br>                Plaintiff,<br><br>        v.<br><br>DANNY L. PIXLER, individually; ANTHONY HUFF and SHERI HUFF, individually and their marital community; AMERICAN STAFF RESOURCES OF CALIFORNIA, INC., a Delaware corporation; CERTIFIED SERVICES, INC., a Nevada Corporation; MIDWEST MERGER MANAGEMENT, LLC, a Kentucky Limited Liability Company,<br><br>                Defendants. | NO.  CV06-697RSL<br><br>NOTICE OF DEPOSITION OF JAMES TOMPKINS |

TO: VICTORIA L. VREELAND AND DONALD S. COHEN, ATTORNEYS FOR MIKE KREIDLER

PLEASE TAKE NOTICE that the Defendants will take the deposition of **James Tompkins** as follows:

NOTICE OF DEPOSITION- 1

BURKETT, BURDETTE
& FOGARTY PLLC
*Law Offices*
600 Stewart Street, Suite 1500
Seattle, Washington 98101-1246
(206) 441-5597

Date: Thursday, August 2, 2007
Time: 1:00 p.m.
Place: GORDON, THOMAS, HONEYWELL,MALANCA, PETERSON & DAHEIM, LLP, One Union Square, 600 University Suite 2100, Seattle, Washington 98101.

The examination of the witness will be stenographically recorded before a Notary Public and will be subject to continuance or adjournment from time to time or place to place until completed.

DATED this 26th day of June, 2007.

BURKETT, BURDETTE & FOGARTY PLLC

Paul E. Fogarty, WSBA No. 26929
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Notice of Deposition*, dated June 26, 2007, was served upon:

Victoria L. Vreeland
Donald S. Cohen
GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM, LLP
One Union Square
600 University, Suite 2100
Seattle, Washington 98101-4185

[ X ]   by causing a copy thereof to be hand delivered on the date shown below addressed as shown above.

DATED this 26th day of June, 2007.

Kiyomi Mathews

NOTICE OF DEPOSITION- 2

BURKETT, BURDETTE
& FOGARTY PLLC
*Law Offices*
600 Stewart Street, Suite 1500
Seattle, Washington 98101-1246
(206) 441-5597



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIKE KREIDLER, Insurance Commissioner for the State of Washington and as Receiver for Cascade National Insurance Company in Liquidation,<br><br>      Plaintiff,<br><br>  v.<br><br>DANNY L. PIXLER, individually; ANTHONY HUFF and SHERI HUFF, individually and their marital community; AMERICAN STAFF RESOURCES OF CALIFORNIA, INC., a Delaware corporation; CERTIFIED SERVICES, INC., a Nevada Corporation; MIDWEST MERGER MANAGEMENT, LLC, a Kentucky Limited Liability Company,<br><br>      Defendants. | NO.  CV06-697RSL<br><br>NOTICE OF DEPOSITION OF JOHN FERENCE |

TO: VICTORIA L. VREELAND AND DONALD S. COHEN, ATTORNEYS FOR MIKE KREIDLER

PLEASE TAKE NOTICE that the Defendants will take the deposition of **John Ference** as follows:

NOTICE OF DEPOSITION- 1

Date: Wednesday, August 8, 2007
Time: 1:00 p.m.
Place: GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM, LLP, One Union Square, 600 University Suite 2100, Seattle, Washington 98101.

The examination of the witness will be stenographically recorded before a Notary Public and will be subject to continuance or adjournment from time to time or place to place until completed.

DATED this 26th day of June, 2007.

BURKETT, BURDETTE & FOGARTY PLLC

Paul E. Fogarty, WSBA No. 26929
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Notice of Deposition*, dated June 26, 2007, was served upon:

Victoria L. Vreeland
Donald S. Cohen
GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM, LLP
One Union Square
600 University, Suite 2100
Seattle, Washington 98101-4185

[ X ]   by causing a copy thereof to be hand delivered on the date shown below addressed as shown above.

DATED this 26th day of June, 2007.

Kiyomi Mathews

NOTICE OF DEPOSITION- 2

BURKETT, BURDETTE
& FOGARTY PLLC
*Law Offices*
600 Stewart Street, Suite 1500
Seattle, Washington 98101-1246
(206) 441-5597

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIKE KREIDLER, Insurance Commissioner for the State of Washington and as Receiver for Cascade National Insurance Company in Liquidation,<br><br>                    Plaintiff,<br><br>    v.<br><br>DANNY L. PIXLER, individually; ANTHONY HUFF and SHERI HUFF, individually and their marital community; AMERICAN STAFF RESOURCES OF CALIFORNIA, INC., a Delaware corporation; CERTIFIED SERVICES, INC., a Nevada Corporation; MIDWEST MERGER MANAGEMENT, LLC, a Kentucky Limited Liability Company,<br><br>                    Defendants. | NO.  CV06-697RSL<br><br>NOTICE OF DEPOSITION OF LAI MORRELL |

TO: VICTORIA L. VREELAND AND DONALD S. COHEN, ATTORNEYS FOR MIKE KREIDLER

    PLEASE TAKE NOTICE that the Defendants will take the deposition of **Lai Morrell** as follows:

NOTICE OF DEPOSITION- 1

BURKETT, BURDETTE
& FOGARTY PLLC
Law Offices
600 Stewart Street, Suite 1500
Seattle, Washington 98101-1246
(206) 441-5597

Date: Wednesday, August 8, 2007
Time: 9:00 a.m.
Place: GORDON, THOMAS, HONEYWELL,MALANCA, PETERSON & DAHEIM,
LLP, One Union Square, 600 University Suite 2100, Seattle, Washington
98101.

The examination of the witness will be stenographically recorded before a Notary Public and will be subject to continuance or adjournment from time to time or place to place until completed.

DATED this 26th day of June, 2007.

BURKETT, BURDETTE & FOGARTY PLLC

_Paul E Fogarty_

Paul E. Fogarty, WSBA No. 26929
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Notice of Deposition*, dated June 26, 2007, was served upon:

Victoria L. Vreeland
Donald S. Cohen
GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM, LLP
One Union Square
600 University, Suite 2100
Seattle, Washington 98101-4185

[ X ]   by causing a copy thereof to be hand delivered on the date shown below addressed as shown above.

DATED this 26th day of June, 2007.

_Kiyomi Mathews_

Kiyomi Mathews

NOTICE OF DEPOSITION- 2

BURKETT, BURDETTE
& FOGARTY PLLC
*Law Offices*
600 Stewart Street, Suite 1500
Seattle, Washington 98101-1246
(206) 441-5597

1

2

3

4

5

6

7

8  UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10  MIKE KREIDLER, Insurance Commissioner for the State of Washington and as Receiver for Cascade National Insurance Company in Liquidation,

11

12

13          Plaintiff,

14     v.

15

16  DANNY L. PIXLER, individually; ANTHONY HUFF and SHERI HUFF, individually and their marital community; AMERICAN STAFF RESOURCES OF CALIFORNIA, INC., a Delaware corporation; CERTIFIED SERVICES, INC., a Nevada Corporation; MIDWEST MERGER MANAGEMENT, LLC, a Kentucky Limited Liability Company,

17

18

19

20

21          Defendants.

NO.  CV06-697RSL

NOTICE OF DEPOSITION OF MARSHALL MCGINNIS

22

23  TO: VICTORIA L. VREELAND AND DONALD S. COHEN, ATTORNEYS FOR MIKE KREIDLER

24

25  PLEASE TAKE NOTICE that the Defendants will take the deposition of **Marshall McGinnis** as follows:

26

NOTICE OF DEPOSITION- 1

BURKETT, BURDETTE
& FOGARTY PLLC
*Law Offices*
600 Stewart Street, Suite 1500
Seattle, Washington 98101-1246
(206) 441-5597

Date: Tuesday, August 7, 2007
Time: 1:00 p.m.
Place: GORDON, THOMAS, HONEYWELL,MALANCA, PETERSON & DAHEIM, LLP, One Union Square, 600 University Suite 2100, Seattle, Washington 98101.

The examination of the witness will be stenographically recorded before a Notary Public and will be subject to continuance or adjournment from time to time or place to place until completed.

DATED this 26th day of June, 2007.

BURKETT, BURDETTE & FOGARTY PLLC

Paul C Fogarty

Paul E. Fogarty, WSBA No. 26929
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Notice of Deposition*, dated June 26, 2007, was served upon:

Victoria L. Vreeland
Donald S. Cohen
GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM, LLP
One Union Square
600 University, Suite 2100
Seattle, Washington 98101-4185

[ X ]    by causing a copy thereof to be hand delivered on the date shown below addressed as shown above.

DATED this 26th day of June, 2007.

Kiyomi Mathews
Kiyomi Mathews

NOTICE OF DEPOSITION- 2

BURKETT, BURDETTE
& FOGARTY PLLC
*Law Offices*
600 Stewart Street, Suite 1500
Seattle, Washington 98101-1246
(206) 441-5597

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIKE KREIDLER, Insurance Commissioner for the State of Washington and as Receiver for Cascade National Insurance Company in Liquidation,<br><br>Plaintiff,<br><br>v.<br><br>DANNY L. PIXLER, individually; ANTHONY HUFF and SHERI HUFF, individually and their marital community; AMERICAN STAFF RESOURCES OF CALIFORNIA, INC., a Delaware corporation; CERTIFIED SERVICES, INC., a Nevada Corporation; MIDWEST MERGER MANAGEMENT, LLC, a Kentucky Limited Liability Company,<br><br>Defendants. | NO. CV06-697RSL<br><br>NOTICE OF DEPOSITION OF JAMES ODIORNE |

10
11
12
13
14
15
16
17
18
19
20
21

22    TO: VICTORIA L. VREELAND AND DONALD S. COHEN, ATTORNEYS FOR
23    MIKE KREIDLER

24    PLEASE TAKE NOTICE that the Defendants will take the deposition of **James**
25 **Odiorne** as follows:

26

NOTICE OF DEPOSITION- 1

Date:  Tuesday, August 7, 2007
Time:  9:00 a.m.
Place: GORDON, THOMAS, HONEYWELL,MALANCA, PETERSON & DAHEIM,
       LLP, One Union Square, 600 University Suite 2100, Seattle, Washington
       98101.

The examination of the witness will be stenographically recorded before a Notary Public and will be subject to continuance or adjournment from time to time or place to place until completed.

DATED this 26th day of June, 2007.

BURKETT, BURDETTE & FOGARTY PLLC

Paul E. Fogarty, WSBA No. 26929
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Notice of Deposition*, dated June 26, 2007, was served upon:

Victoria L. Vreeland
Donald S. Cohen
GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM, LLP
One Union Square
600 University, Suite 2100
Seattle, Washington 98101-4185

[ X ]  by causing a copy thereof to be hand delivered on the date shown below addressed as shown above.

DATED this 26th day of June, 2007.

Kiyomi Mathews

NOTICE OF DEPOSITION- 2

BURKETT, BURDETTE
& FOGARTY PLLC
*Law Offices*
600 Stewart Street, Suite 1500
Seattle, Washington 98101-1246
(206) 441-5597



1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
9

10  MIKE KREIDLER, Insurance              NO.  CV06-697RSL
    Commissioner for the State of
11  Washington and as Receiver for        NOTICE OF DEPOSITION OF
    Cascade National Insurance Company    MICHELLE KLEIN
12  in Liquidation,

13              Plaintiff,

14      v.

15
    DANNY L. PIXLER, individually;
16  ANTHONY HUFF and SHERI HUFF,
    individually and their marital community;
17  AMERICAN STAFF RESOURCES OF
    CALIFORNIA, INC., a Delaware
18  corporation; CERTIFIED SERVICES,
    INC., a Nevada Corporation; MIDWEST
19  MERGER MANAGEMENT, LLC, a
    Kentucky Limited Liability Company,
20

21              Defendants.

22      TO: VICTORIA L. VREELAND AND DONALD S. COHEN, ATTORNEYS FOR
23  MIKE KREIDLER

24      PLEASE TAKE NOTICE that the Defendants will take the deposition of **Michelle
25  Klein** as follows:

26

NOTICE OF DEPOSITION- 1

BURKETT. BURDETTE
& FOGARTY PLLC
Law Offices
600 Stewart Street, Suite 1500
Seattle, Washington 98101-1246
(206) 441-5597

Date: Thursday, August 9, 2007
Time: 9:00 a.m.
Place: GORDON, THOMAS, HONEYWELL,MALANCA, PETERSON & DAHEIM,
LLP, One Union Square, 600 University Suite 2100, Seattle, Washington
98101.

The examination of the witness will be stenographically recorded before a Notary

Public and will be subject to continuance or adjournment from time to time or place to

place until completed.

DATED this _26th_ day of June, 2007.

BURKETT, BURDETTE & FOGARTY PLLC

_Paul C Fogart_

Paul E. Fogarty, WSBA No. 26929
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Notice of Deposition*, dated

June 26, 2007, was served upon:

Victoria L. Vreeland
Donald S. Cohen
GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM, LLP
One Union Square
600 University, Suite 2100
Seattle, Washington 98101-4185

[ X ]    by causing a copy thereof to be hand delivered on the date shown below

addressed as shown above.

DATED this _26th_ day of June, 2007.

_Kiyomi Mathews_
Kiyomi Mathews

NOTICE OF DEPOSITION- 2

BURKETT, BURDETTE
& FOGARTY PLLC
*Law Offices*
600 Stewart Street, Suite 1500
Seattle, Washington 98101-1246
(206) 441-5597



1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIKE KREIDLER, Insurance Commissioner for the State of Washington and as Receiver for Cascade National Insurance Company in Liquidation,<br><br>                    Plaintiff,<br><br>        v.<br><br>DANNY L. PIXLER, individually; ANTHONY HUFF and SHERI HUFF, individually and their marital community; AMERICAN STAFF RESOURCES OF CALIFORNIA, INC., a Delaware corporation; CERTIFIED SERVICES, INC., a Nevada Corporation; MIDWEST MERGER MANAGEMENT, LLC, a Kentucky Limited Liability Company,<br><br>                    Defendants. | NO.  CV06-697RSL<br><br>NOTICE OF DEPOSITION OF MIKE KREIDLER |

10

11

12

13

14

15

16

17

18

19

20

21

22        TO: VICTORIA L. VREELAND AND DONALD S. COHEN, ATTORNEYS FOR

23        MIKE KREIDLER

24        PLEASE TAKE NOTICE that the Defendants will take the deposition of the

25 plaintiff **Mike Kreidler** as follows:

26

NOTICE OF DEPOSITION- 1

BURKETT. BURDETTE
& FOGARTY PLLC
Law Offices
600 Stewart Street, Suite 1500
Seattle, Washington 98101-1246
(206) 441-5597

Date: Thursday, August 2, 2007
Time: 9:00 a.m.
Place: GORDON, THOMAS, HONEYWELL,MALANCA, PETERSON & DAHEIM, LLP, One Union Square, 600 University Suite 2100, Seattle, Washington 98101.

The examination of the witness will be stenographically recorded before a Notary Public and will be subject to continuance or adjournment from time to time or place to place until completed.

DATED this 26th day of June, 2007.

BURKETT, BURDETTE & FOGARTY PLLC

_Paul E Fog A_

Paul E. Fogarty, WSBA No. 26929
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Notice of Deposition*, dated June 26, 2007, was served upon:

Victoria L. Vreeland
Donald S. Cohen
GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM, LLP
One Union Square
600 University, Suite 2100
Seattle, Washington 98101-4185

[ X ]  by causing a copy thereof to be hand delivered on the date shown below addressed as shown above.

DATED this 26th day of June, 2007.

_Kiyomi Mathews_

Kiyomi Mathews

NOTICE OF DEPOSITION- 2

BURKETT, BURDETTE
& FOGARTY PLLC
*Law Offices*
600 Stewart Street, Suite 1500
Seattle, Washington 98101-1246
(206) 441-5597