THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIKE KREIDLER, Insurance Commissioner for the State of Washington and as Receiver for Cascade National Insurance Company, in Liquidation,<br><br>Plaintiff,<br><br>v.<br><br>DANNY L. PIXLER and ROXANN PIXLER, individually and their marital community; ANTHONY HUFF and SHERI HUFF, individually and their marital community; AMERICAN STAFF RESOURCES OF CALIFORNIA, INC., a Delaware corporation; CERTIFIED SERVICES, INC., a Nevada corporation; MIDWEST MERGER MANAGEMENT, LLC, a Kentucky Limited Liability Company; and JOHN DOES 1 – 10,<br><br>Defendants. | NO. C06-697 RSL<br><br>SUPPLEMENTAL DECLARATION OF VICTORIA L. VREELAND IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER ESTABLISHING A DISCOVERY PLAN<br><br>**NOTED FOR MOTION CALENDAR:**<br>**July 20, 2007** |

Victoria L. Vreeland declares and states as follows:

1. I am an attorney and one of the counsel of record for plaintiff in this matter. I am competent to make this Declaration, which is based upon personal knowledge.

SUPPLEMENTAL DECLARATION OF
VICTORIA L. VREELAND IN SUPPORT
OF PLAINTIFF'S MOTION FOR ORDER
ESTABLISHING A DISCOVERY PLAN

PAGE 1 of 3
No. C06-697 RSL
181162 v03

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
600 University Street, Suite 2100
Seattle, Washington 98101
(206) 676-7500 - FACSIMILE (206) 676-7575

1. I am an attorney and one of the counsel of record for plaintiff in this matter. I am competent to make this Declaration, which is based upon personal knowledge.

2. Attached hereto are true and correct copies of the following:

**Exhibit A**    June 20, 2007, letter from plaintiff's counsel to defense counsel;

**Exhibit B**    July 17, 2007, letter from plaintiff's counsel to defense counsel.

I declare under penalty of perjury of the laws of the State of Washington that the above is true and correct to the best of my knowledge and belief.

Dated this 20th day of July, 2007, at Redmond, Washington.

_____
Victoria L. Vreeland

SUPPLEMENTAL DECLARATION OF
VICTORIA L. VREELAND IN SUPPORT
OF PLAINTIFF'S MOTION FOR ORDER
ESTABLISHING A DISCOVERY PLAN

PAGE 2 of 2
No. C06-697 RSL

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
600 UNIVERSITY STREET, SUITE 2100
Seattle, Washington 98101
(206) 676-7500 - FACSIMILE (206) 676-7575

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on July 20, 2007, I electronically filed the following: (1) Plaintiff's Reply to Defendants' Response to Plaintiff's Motion for Order Establishing a Discovery Plan; (2) Supplemental Declaration of Victoria L. Vreeland in Support of Plaintiff's Motion for Order Establishing a Discovery Plan, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Paul E. Fogarty<br>Burkett, Burdette & Fogarty PLLC<br>600 Stewart Street, Suite 1500<br>Seattle, WA 98101-1246<br>pfogarty@bbf-lawyers.com | David W. Hemminger<br>Donald L. Cox<br>Lynch, Cox, Gilman & Mahan, PSC<br>500 West Jefferson Street, Suite 2100<br>Louisville, KY 40202<br>dhemminger@lcgandm.com<br>doncox@lcgandm.com |
|---|---|

DATED this 20th day of July, 2007.

s/Kristin A. Larkin
Kristin A. Larkin
Assistant to Victoria Vreeland
and Donald Cohen

SUPPLEMENTAL DECLARATION OF
VICTORIA L. VREELAND IN SUPPORT
OF PLAINTIFF'S MOTION FOR ORDER
ESTABLISHING A DISCOVERY PLAN

PAGE 3 of 3
No. C06-697 RSL
181162 v03

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
600 University Street, Suite 2100
Seattle, Washington 98101
(206) 676-7500 - FACSIMILE (206) 676-7575