# EXHIBIT A


## LAW OFFICES
## GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP

| SEATTLE OFFICE | TACOMA OFFICE |
|---|---|
| ONE UNION SQUARE | 1201 PACIFIC AVENUE, SUITE 2100 |
| 600 UNIVERSITY, SUITE 2100 | POST OFFICE BOX 1157 |
| SEATTLE, WASHINGTON 98101-4185 | TACOMA, WASHINGTON 98401-1157 |
| (206) 676-7500 | (253) 620-6500 |
| FACSIMILE (206) 676-7575 | FACSIMILE (253) 620-6565 |
| REPLY TO SEATTLE OFFICE | |

**Donald S. Cohen**
Direct: (206) 676-7531
E-mail: dcohen@gth-law.com

June 20, 2007

***By e-mail and U.S. Mail***

Paul E. Fogarty
Burkett, Burdette & Fogarty PLLC
600 Stewart Street, Suite 1500
Seattle, WA 98101-1246

David W. Hemminger
Lynch, Cox, Gilman & Mahan, PSC
500 West Jefferson Street, Suite 2100
Louisville, KY 40202

      RE:    Kreidler v. Pixler, et al. (U.S. District Court, W.D. of Wash. # CV06-0697 RSL)
             Status of Available Documents

Dear Paul and Dave:

    We now have additional Cascade National documents and an initial group of documents from the Office of Insurance Commissioner. The Cascade National documents are responsive to our initial disclosures and your requests for production. The OIC documents are responsive to your subpoena. Together, there is the equivalent of approximately six or seven banker boxes.

    The documents described above are in addition to the documents on CD you previously received, and the six boxes of documents we made available for your review per our May 14, 2007 e-mail. In that e-mail, we also offered, after entry of a protective order due to HIPAA, fifteen boxes of claim files, which are currently in storage. The same is also true of some claim-specific documents scattered throughout boxes being made available that are not in storage.

    As we have advised previously, we are producing documents in installments to expedite the process. In addition to the documents previously produced and those described above, we are obtaining/reviewing other documents from Cascade National and the OIC. We expect those productions to be sizeable, perhaps as much as a dozen or more boxes.

[180081 v4.doc]

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

Messrs. Fogarty and Hemminger
June 20, 2007
Page 2 of 2

   We are also producing actuarial documents per our initial disclosures. The Cascade National documents described in the first paragraph of this letter include documents from Perr & Knight. We are also compiling documents from Cascade National's other actuary, Barbara Thurston, and we will advise you as soon as they are available.

   Please let us know how you would like to deal with the documents available for review. Please also let us know how you would like to proceed on the protective order. Per Paul's e-mail, we are preparing a privilege log for the documents you have received on CD and expect to have that to you next week. Last, because we have several boxes of OIC documents available for review and are processing additional OIC documents responsive to your subpoena, the records deposition noted for June 25, 2007, is not necessary and no one from the OIC plans to appear.

                Sincerely,

                Donald S. Cohen

DSC
cc: Victoria L. Vreeland
   Daniel S. Potts
   Natalie J. Leth

[180081 v4.doc]