06-CV-00697-ORD

THE HONORABLE ROBERT S. LASNIK



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIKE KREIDLER, Insurance Commissioner for the State of Washington and as Receiver for Cascade National Insurance Company, in Liquidation,<br><br>Plaintiff,<br><br>v.<br><br>DANNY L. PIXLER and ROXANN PIXLER, individually and their marital community; ANTHONY HUFF and SHERI HUFF, individually and their marital community; AMERICAN STAFF RESOURCES OF CALIFORNIA, INC., a Delaware corporation; CERTIFIED SERVICES, INC., a Nevada corporation; MIDWEST MERGER MANAGEMENT, LLC, a Kentucky Limited Liability Company; and JOHN DOES 1 – 10,<br><br>Defendants. | NO. C06-697 RSL<br><br>[PROPOSED] ORDER ESTABLISHING A DISCOVERY PLAN |

THIS MATTER having come on before the Court on Plaintiff's Motion for Order

Establishing Discovery Plan, and the Court having considered the records and files herein and

[PROPOSED] ORDER ESTABLISHING A DISCOVERY PLAN

PAGE 1 of 4
No. C06-697 RSL
180590 v03

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
800 University Street, Suite 2100
Seattle, Washington 98101
(206) 676-7500 - FACSIMILE (206) 676-7575

the pleadings of the parties submitted on the matter, and having determined that a discovery plan should be entered in this case, and being otherwise duly advised in the premises, now therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiff's Motion is granted.

2. Prior to commencing depositions, the parties shall complete document production and responses to the written discovery which has been served to date in this action. The parties shall timely respond and answer, and shall confer within a reasonable period of time as to any disagreements or disputes, which disputes and conferences shall be completed no later than the middle of August, 2007. If the parties cannot reach agreement, either party may promptly file a motion.

3. Depositions shall be scheduled by mutual, good faith cooperation and agreement. They shall commence no earlier than the end of August, provided the documents have been produced as agreed or as ordered. Depositions of the initially listed deponents (24) shall be completed by the end of November, 2007.

4. No deposition of Insurance Commissioner Mike Kreidler shall be held until there is either an agreed order or an order of the Court.

5. Following completion of the initial wave of the 24 depositions, the parties may each seek additional written discovery or document production from other parties or third parties; or may seek additional depositions. If the parties disagree on any matters, after conferring, either party may bring the issue before the Court.

[PROPOSED] ORDER ESTABLISHING A DISCOVERY PLAN

PAGE 2 of 4
No. C06-697 RSL
180590 v03

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
600 University Street, Suite 2100
Seattle, Washington 98101
(206) 676-7500 · FACSIMILE (206) 676-7575

6. Expert disclosures are due March 12, 2008. Following the expert reports, additional discovery and/or depositions of experts shall be set by mutual agreement of the parties and the experts' schedules.

7. The discovery deadline is May 11, 2008; dispositive motion deadline is June 10, 2008, and trial date is September 8, 2008.

DATED this 27th day of July, 2007.

_____
THE HONORABLE ROBERT S. LASNIK

Presented by:

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

By: _____
Victoria L. Vreeland, WSBA No. 08046
Donald S. Cohen, WSBA No. 12480
Daniel S. Potts, WSBA No. 32866
Attorneys for Plaintiff

Copy received, notice of presentment waived:

BURKETT, BURDETTE & FOGARTY PLLC

_____
Paul E. Fogarty, WSBA No. 32094
Attorneys for Defendant

/ / /

[PROPOSED] ORDER ESTABLISHING A DISCOVERY PLAN

PAGE 3 of 4
No. C06-697 RSL
180590 v03

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
600 University Street, Suite 2100
Seattle, Washington 98101
(206) 676-7500 · FACSIMILE (206) 676-7575

1  LYNCH, COX, GILMAN & MAHAN, PSC

2

3  Donald L. Cox
   David W. Hemminger
4  Lynch, Cox, Gilman & Mahan, PSC
   500 West Jefferson Street, Suite 2100
5  Louisville, Kentucky 40202
   (502) 589-4215 - telephone
6  (502) 589-4994 - facsimile

7
   *Counsel for Defendants*
8

[PROPOSED] ORDER ESTABLISHING A DISCOVERY PLAN

PAGE 4 of 4
No. C06-697 RSL
180590 v03

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
600 University Street, Suite 2100
Seattle, Washington  98101
(206) 676-7500 - FACSIMILE (206) 676-7575