UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
MIKE KREIDLER,                       )
                                     )   No. 06-697RSL
                    Plaintiff,       )
       v.                            )
                                     )   ORDER TO SHOW CAUSE
DANNY L. PIXLER, *et al.*,           )
                                     )
                    Defendants.      )
_____)

This matter comes before the Court *sua sponte*. On August 30, 2007, plaintiff filed a memorandum with related documents that, taken as a whole, exceeds 50 pages in length (Dkt. #93). As of this date, a courtesy copy of these documents has not been provided for chambers.

Plaintiff is hereby ORDERED to show cause within five days of this Order why he should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report and Early Settlement" (Dkt. #19) and "Order Setting Trial Dates & Related Dates" (Dkt. #67). Plaintiff shall immediately deliver a paper copy of the documents filed on August 30, 2007 clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

/
/

1  The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar
2  for September 13, 2007.
3  DATED this 6th day of September, 2007.

                                               */s/ Robert S. Lasnik*
                                               Robert S. Lasnik
                                               United States District Judge