UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIKE KREIDLER,

                Plaintiff,

    v.

DANNY L. PIXLER, *et al.*,

                Defendants.

No. C06-697L

ORDER

      This matter comes before the Court *sua sponte*. On September 6, 2007, the Court ordered plaintiff to deliver a courtesy copy of documents she filed on August 30, 2007. Plaintiff has now done so. The Order to Show Cause (Dkt. # 96) is hereby VACATED: plaintiff need not take any further action in response to the Order to Show Cause.

      DATED this 7th day of September, 2007.

                                */s/ Robert S. Lasnik*
                              Robert S. Lasnik
                              United States District Judge

ORDER