UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                        )
JULIE FRENCH,                           )
                                        )   No. C06-697L
                 Plaintiff,             )
       v.                               )
                                        )   ORDER
PROVIDENCE EVERETT MEDICAL              )
CENTER, *et al.*,                       )
                                        )
                 Defendants.            )
_____)

This matter comes before the Court *sua sponte*. On September 6, 2007, the Court ordered defendant Constitution State Services, LLP to deliver a courtesy copy of documents it filed on August 30, 2007. Defendant has now done so. The Order to Show Cause (Dkt. # 37) is hereby VACATED: defendant need not take any further action in response to the Order to Show Cause.

DATED this 11th day of September, 2007.

_____
Robert S. Lasnik
United States District Judge

ORDER