1
2
3
4
5
6      UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
7                    AT SEATTLE

8   MIKE KREIDLER,
9          Plaintiff,
10      v.                                          Case No. C06-0697RSL
11  DANNY L. PIXLER, *et al.*,                      ORDER STRIKING NOTICE
                                                    OF WITHDRAWAL
12         Defendants.
13

14

15      On November 27, 2007, defendants' counsel filed a Notice of Withdrawal and
16  Substitution of Counsel. (Dkt. #116). However, according to General Rule 2(g)(4)(A),
17  "No attorney shall withdraw an appearance in any case, civil or criminal, except by leave
18  of court." An order of substitution is not required if there is simply a change or addition
19  of attorneys within the same law firm. In this case, however, counsel is seeking to
20  withdraw and substitute attorneys from a different firm.
21      Accordingly, the notice of withdrawal is STRICKEN. Counsel will not be
22  permitted to withdraw until he complies with General Rule 2(g)(4)(A), including filing a
23
24
25
26  ORDER STRIKING
    NOTICE OF WITHDRAWAL - 1

certification that the motion was served on the clients.

DATED this 28th day of November, 2007.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER STRIKING
NOTICE OF WITHDRAWAL - 2