UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIKE KREIDLER,

　　　　　Plaintiff,

　　v.

DANNY L. PIXLER, *et al.*,

　　　　　Defendants.

Case No. C06-0697RSL

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE

　　　This matter comes before the Court on defendants' motion to continue the trial date. Defendant Danny Pixler is scheduled to begin a criminal trial in April 2009 in Florida that could last for several weeks. Defendants contend that the March 2, 2009 trial date in this case could render Pixler unavailable and/or unable to participate fully in his defense in this case. Although plaintiff acknowledges that a brief continuance might be beneficial, he urges that any continuance be brief.

　　　The Court finds that defendants have shown good cause for a brief continuance in the trial date because of the scheduling conflict. Moreover, both parties have dispositive motions pending in this case. A continuance would preserve judicial resources by allowing the Court to rule on those motions and possibly eliminate or narrow the issues

ORDER GRANTING MOTION TO
CONTINUE TRIAL DATE- 1

before trial.

Accordingly, defendants' motion to continue the trial date (Dkt. #159) is GRANTED. The new trial date is September 14, 2009.[1] The Clerk of the Court is directed to issue an amended order setting trial and related dates that includes the new trial date and amended related dates.

DATED this 30th day of January, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

---

[1] The Court is not scheduling cases for trial during July or August, 2009.

ORDER GRANTING MOTION TO
CONTINUE TRIAL DATE- 2