UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIKE KREIDLER,

    Plaintiff,

v.

DANNY L. PIXLER, *et al.*,

    Defendants.

Case No. C06-0697RSL

ORDER VACATING ORDER
TO SHOW CAUSE

    This matter comes before the Court *sua sponte*. The Court's order to show cause (Dkt. #253) is hereby VACATED in light of receipt of the courtesy copy.

    DATED this 28th day of October, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER
TO SHOW CAUSE