THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIKE KREIDLER, Insurance Commissioner for the State of Washington and as Receiver for Cascade National Insurance Company, in Liquidation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DANNY L. PIXLER and ROXANN PIXLER, individually and their marital community; ANTHONY HUFF and SHERI HUFF, individually and their marital community; AMERICAN STAFF RESOURCES OF CALIFORNIA, INC., a Delaware corporation; CERTIFIED SERVICES, INC., a Nevada corporation; MIDWEST MERGER MANAGEMENT, LLC, a Kentucky Limited Liability Company; and JOHN DOES 1 – 10,<br><br>　　　　　Defendants. | NO. C06-697 RSL<br><br>PLAINTIFF'S OBJECTIONS TO DEFENDANT PIXLER'S RE-DESIGNATED DEPOSITION DESIGNATIONS FOR ELIZABETH ANDERSON, LARRY MORRISON, AND EDWARD GUDEMAN |

Plaintiff objects to defendant Pixler's re-designated deposition designations for Elizabeth Anderson, Larry Morrison, and Edward Gudeman, as indicated below.

ELIZABETH ANDERSON AND LARRY MORRISON

The Court has already ruled (Dkt. 303) that it would exclude deposition testimony of Elizabeth Anderson and Larry Morrison unless it was shown they were unavailable to

PTF.'S OBJS. RE: PIXLER'S RE-DESIGNATED DEP DESIGNATIONS - 1 of 4
(C06-0697 RSL)
[Ptf's Objs re Def's Re-Designation Deps.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE WA 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

testify in person. There has been no such showing. Based on its previous ruling, the Court should not permit the re-designated testimony of Ms. Anderson or Mr. Morrison, nor any other deposition testimony by these witnesses.

Even if these re-designations were not improper based upon the Court's previous ruling, they are improper under the Court's Order Regarding Defendants' Motion for Reconsideration (Dkt. 311). In that Order, the Court permitted certain limited testimony regarding allegations concerning matters prior to the Stock Purchase Agreement. The Court has made it clear to counsel that it would not permit these matters to become a significant focus of this lawsuit. Even as to Harold Anderson, the Court (Dkt. 311) has ruled that questioning of Mr. Anderson on Cascade's financial condition, the November 3, 2003 Board resolution, and related matters "should be very brief" because they were for background purposes only.

Defendant Pixler's re-designated testimony for Elizabeth Anderson and Larry Morrison — and, indeed, much of their previously-designated testimony — includes pages and pages of detail on issues such as Cascade's financial condition, the terms of the Columbia Bank loan, the servicing of the loan, the November 2003 Board resolution, Mr. Anderson's attempts to find a purchaser for Cascade, and similar issues. This testimony goes far beyond what the Court has ruled it will permit into evidence. It will prolong the testimony of other live witnesses considerably. This testimony will take the jury's focus away from the basic issues in this lawsuit, as this Court has recognized. Not only is that totally inconsistent with the efficient administration of this litigation, but the resulting prejudice to plaintiff far outweighs any possible relevance.

The jury can learn from Harold Anderson's live testimony the information the Court has ruled would be permissible on these issues. The Court should strike the re-designations of deposition testimony by Elizabeth Anderson and Larry Morrison, and, if

PTF.'S OBJS. RE: PIXLER'S RE-DESIGNATED DEP DESIGNATIONS - 2 of 4
(C06-0697 RSL)
[Ptf's Objs re Def's Re-Designation Deps.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE WA 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

they appear live, should not permit them to testify on these subjects.

### EDWARD GUDEMAN

Defendant Pixler has re-designated testimony at page 71, lines 8-15, for Edward Gudeman. The subject of that testimony relates to whether Cascade made full disclosure of documents prior to the Stock Purchase Agreement. Like the re-designated testimony of Elizabeth Anderson and Larry Morrison, this re-designation opens up the whole area of pre-Stock Purchase Agreement disclosures by Cascade that will take over the focus of this litigation and unnecessarily and significantly prolong it. This is directly contrary to what the Court has ruled multiple times, and repeatedly stated to counsel.

*   *   *   *   *

Based on the foregoing, the Court should strike the re-designations of the depositions of Elizabeth Anderson, Larry Morrison, and Edward Gudeman, as set forth above.

Dated this 5th day of May 2010.

GORDON THOMAS HONEYWELL LLP

By /s/Victoria L. Vreeland
Victoria L. Vreeland, WSBA No. 8046
Donald S. Cohen, WSBA No. 12480
Victor J. Torres, WSBA No. 38781
Gordon Thomas Honeywell LLP
600 University Street, Suite 2100
Seattle WA  98101-4185
Tel: (206) 676-7500
Fax: (206) 676-7575
vvreeland@gth-law.com
dcohen@gth-law.com
vtorres@gth-law.com
Attorneys for Plaintiff

PTF.'S OBJS. RE: PIXLER'S RE-DESIGNATED DEP DESIGNATIONS - 3 of 4
(C06-0697 RSL)
[Ptf's Objs re Def's Re-Designation Deps.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE WA  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2010, I caused a true and correct copy of the attached document (1) PLAINTIFF'S OBJECTIONS TO DEFENDANT PIXLER'S RE-DESIGNATED DEPOSITION DESIGNATIONS FOR ELIZABETH ANDERSON, LARRY MORRISON, AND EDWARD GUDEMAN to be filed via ECF and sent via e-mail to the email addresses listed below to the following: recipients:

| | |
|---|---|
| David . Hemminger, KBA No. 88445<br>Donald L. Cox, KBA No. 15270<br>Lynch, Cox, Gilman & Mahan, PSC<br>500 West Jefferson Street, Suite 2100<br>Louisville KY  40202<br>dhemminger@lcgandm.com<br>doncox@lcgandm.com | Gregory D. Shelton, WSBA No. 36530<br>Sheryl J. Willert, WSBA No. 8617<br>Williams, Kastner & Gibbs, PLLC<br>601 Union Street, Suite 4100<br>Seattle WA  98101<br>gshelton@williamskastner.com<br>swillert@williamskastner.com |
| Paul E. Fogarty, WSBA No. 26929<br>Diana M. Dearmin, WSBA No. 23396<br>Dearmin Fogarty PLLC<br>600 Stewart Street, Ste. 1200<br>Seattle WA  98101<br>pfogarty@dearminfogarty.com<br>ddearmin@dearminfogarty.com | |

DATED this 5th day of May 2010.

/s/ Kristin A. Larkin
Kristin A. Larkin, Certified PLS
Legal Assistant
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
600 University Street, Suite 2100
Seattle WA  98101
Telephone:  (206) 676-7519
Fax:  (206) 676-7575
E-mail:  klarkin@gth-law.com

PTF.'S OBJS. RE: PIXLER'S RE-DESIGNATED DEP DESIGNATIONS  - 4 of 4
(C06-0697 RSL)
[Ptf's Objs re Def's Re-Designation Deps.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE WA  98101-4185
(206) 676-7500 -  FACSIMILE (206) 676-7575